UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ABEYTA,<br><br>        Petitioner,<br><br>    vs.<br><br>G. J. GIURBINO, Warden,<br><br>        Respondent. | Case No. CV 06-2173-AG (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered granting the Petition and ordering the trial court to resentence Petitioner only on the California Penal Code section 12022.5(a) gun enhancement in accordance with Sixth Amendment principles and consistent with the views set forth in this Report and Recommendation.

DATED: MARCH 31, 2009

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge