```
Priority    ___
Send        ___
Enter       ___
Closed      ___
JS-5/JS-6   ✓
JS-2/JS-3   ___
Scan Only   ___
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ABEYTA,<br><br>    Petitioner,<br><br>    vs.<br><br>G. J. GIURBINO, Warden,<br><br>    Respondent. | Case No. CV 06-2173-AG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

///
///
///

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered granting the Petition and ordering the trial court to resentence Petitioner only on the California Penal Code section 12022.5(a) gun enhancement in accordance with Sixth Amendment principles and consistent with the views set forth in this Report and Recommendation.

DATED: MARCH 31, 2009

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge